# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOES 1-17, INDIVIDUALS,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
    and
ADAM P. LAXALT, ATTORNEY
GENERAL OF THE STATE OF
NEVADA; JAMES WRIGHT,
DIRECTOR OF THE NEVADA
DEPARTMENT OF PUBLIC SAFETY;
NATALIE WOOD, CHIEF OF THE
PAROLE AND PROBATION DIVISION
OF THE NEVADA DEPARTMENT OF
PUBLIC SAFETY; AND JULIE
BUTLER, DIVISION ADMINISTRATOR
OF THE RECORDS AND
TECHNOLOGY DIVISION OF THE
NEVADA DEPARTMENT OF PUBLIC
SAFETY,
Real Parties in Interest.

No. 70704

FILED

APR 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of prohibition or mandamus challenging the implementation of Assembly Bill (A.B.) 579, which establishes new classification, registration, and reporting requirements for sex offenders.

18-16087

In seeking relief from the district court's denial of their application for a temporary restraining order to enjoin the implementation of A.B. 579, petitioners challenge the constitutionality of A.B. 579.

Having considered the petition, we are not persuaded that writ relief is warranted. *See* NRS 34.160; NRS 34.320; *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Further, we note that because the district court order at issue is the denial of an application for a temporary restraining order, the record below is not sufficiently developed for judicial review. *Cf. Pan*, 120 Nev. at 229, 88 P.3d at 844. Accordingly, we lift the stay imposed by this court on July 1, 2016, and we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.          _____, J.
Cherry                                 Gibbons

_____, J.          _____, J.
Pickering                              Hardesty

_____, J.          _____, J.
Parraguirre                            Stiglich

cc:   Hon. Douglas Smith, District Judge
      McLetchie Shell LLC
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk